UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JORGE A. TORRES, JR.,

    Plaintiff,

v.                                        Case No: 5:16-cv-589-Oc-30PRL

AMY TOOLEY, FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES and FIVE UNKNOWN
FLORIDA DCF EMPLOYEES,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 9). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Doc. 9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Temporary Injunction (Doc. 3) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\OCALA\2016\16-cv-589 adopt 9.docx