# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JORGE A. TORRES, JR.,

    Plaintiff,

v.                                  Case No: 5:16-cv-589-Oc-30PRL

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES and FIVE
UNKNOWN FLORIDA DCF
EMPLOYEES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to this Court's Order (Doc. 12) entered on November 18, 2016. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of December, 2016.

*(signature)*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record